IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-02-146 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| MICHAEL GUTIERREZ | : |  |
| Defendant |  |  |
|  | : |  |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Status Hearing on Wednesday, September 6, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                                                                          s/Herman J. Weber
                                                                                   Herman J. Weber, Senior Judge
                                                                                   United States District Court