UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. CR-1-02-146 |
| v. | : | |
| | : | SENIOR JUDGE WEBER |
| | : | |
| **MICHAEL GUTIERREZ** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Ralph W. Kohnen, Assistant United States Attorney, will now appear as lead counsel for Plaintiff United States of America in this matter.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Ralph W. Kohnen
RALPH W. KOHNEN (0034418)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Ralph.Kohnen @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 14th day of August, 2006, electronically on: W. Kelly Johnson, Assistant Federal Public Defender.

s/Ralph W. Kohnen
RALPH W. KOHNEN (0034418)
Assistant United States Attorney