IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-02-146 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| MICHAEL GUTIERREZ, | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that the Status Hearing in the above styled case is RESCHEDULED to Thursday, September 7, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                                                    s/Herman J. Weber_____
                                                                           Herman J. Weber, Senior Judge
                                                                           United States District Court