UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

USA,

    v                                            Criminal: 1:02cr146

MICHAEL GUTIERREZ

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter  J. Wolfer  (Official)

Law Clerk: Amy Thomas

Courtroom Deputy:  Darlene Maury

---

**Appearances:**   Ralph Kohnen for Govt.; Kelly Johnson for Defendant

Case called for a Status Conference.  Statements by counsel. Court directs that the Transcript be sealed.  Order to issue.

Date: September 7, 2006
TIME: 9:00 a.m. - 9:15 a.m.