UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                            CR-1-02-146

**Michael Gutierrez**

    Defendant

**ORDER**

**Parties are advised that the above styled case is SCHEDULED for a Hearing on Monday, February 25, 2008 at 10:00 a.m.**

    **IT IS SO ORDERED.**

                                          s/Herman J. Weber
                                          Judge Herman J. Weber
                                          United States District Court