UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CRIMINAL MINUTES - HEARING

UNITED STATES OF AMERICA
      -vs-                           CASE NO. CR-02-146
**MICHAEL GUTIERREZ**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Christy Muncie
DEFENSE COUNSEL: Richard Smith-Monahan

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Amy Peters Thomas
Court Reporter J. Coats (Contract - Ace/Merritt)
Courtroom Deputy Darlene Maury
Probation Officer: John Cole


DATE: Monday, February 25, 2008
TIME: 10:00 a.m. -  10:25 a.m.

**DOCKET ENTRY:**

Court directs that the Record of this Hearing be SEALED.  Case called for a hearing. Matter taken under advisement. Case recessed pending further Order of the Court. Order to issue.